# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MYRON GIBBS, | § | |
| | § | No. 211, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | ID. No. 0911008893 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 11, 2016
Decided: May 20, 2016

Before **HOLLAND, VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 20th day of May 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated April 10, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice